**Melissa Baloian, SBN# 232602**
**Law Office of Melissa Baloian**
**2950 Mariposa Street, Suite 120**
**Fresno, Ca. 93721**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant EDUARDO AMEZCUA

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.  1:23-CR-00115-ADA-BAM |
| Plaintiff, | **STIPULATION TO MODIFY PRETRIAL RELEASE TERMS; FINDINGS & ORDER** |
| vs. | |
| EDUARDO AMEZCUA, | |
| Defendant. | |

## STIPULATION

The defendant, EDUARDO AMEZCUA, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Antonio Pataca, hereby stipulate as follows:

1. By previous order, on June 5, 2023, this court ordered Mr. Eduardo Amezcua released under certain conditions, with one of the conditions requiring Ana Gabriela Amezcua (Mr. Amezcua's mother) serve as a third-party custodian. (Dkt. 103.) The release orders were signed and filed with the court on July 6, 2023. (Dkt. 152.)

2. On November 16, 2023, Ms. Ana Amezcua passed away unexpectedly. Mr. Amezcua contacted Pretrial Services Officer Karlene Myles the following day.

3. Pretrial Services, through Officer Myles, recommends a modification to have Mr. Amezcua's wife, Zayrababel Cardenas, serve as his third-party custodian. Pretrial services previously interviewed and deemed Ms. Cardenas suitable as a third-party custodian on June 5, 2023.

4. The parties agree and stipulate, and request the Court find the following:

    a. Condition 6, pertaining to a third-party custodian, listed on Document 152, filed July 6, 2023, currently reads:

        The defendant is placed in the custody of:

        Name of person or organization    Ana Gabriela Amezcua

        who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

        SIGNED:_____
                    CUSTODIAN

    b. Condition 6, pertaining to third-party custodian, shall be modified to read:

        The defendant is placed in the custody of:

        Name of person or organization    Zayrababel Cardenas

        who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

        SIGNED:_/s/ Zayrababel Cardenas_____
                    CUSTODIAN

//
//
//

IT IS SO STIPULATED

Dated: November 27, 2023

/s/ Melissa Baloian

**MELISSA BALOIAN**
Attorney for Defendant

Dated: November 27, 2023

/s/ Antoio Pataca

**ANTONIO PATACA**
Assistant United States Attorney

---

### ORDER

The court approves the change in Mr. Eduardo Amezcua's third-party custodian from Ms. Ana Amezcua to Ms. Zayrababel Cardenas.

IT IS SO ORDERED.

Dated:   **November 27, 2023**

UNITED STATES MAGISTRATE JUDGE