PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:23-CR-00115-NODJ-BAM |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE, AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| VICTOR JAVIER ZERMENO, a/k/a "Moreno," a/k/a "Negro" ;<br>MIGUEL BARRAGAN, a/k/a "Mikey," a/k/a "Mikey Banger," a/k/a "MB";<br>EZEQUIEL GUZMAN, a/k/a "Cheque";<br>JOEY MAGADAN;<br>JONATHAN MALDONADO, a/k/a "Sirjohn";<br>MATTHEW PETE MENDEZ, a/k/a "Mateo";<br>FRANCISCO SALINAS DIAZ, a/k/a "Kid," a/k/a "Kip";<br>FRANCISCO FERMAN;<br>IVAN ALEJANDRO HERNANDEZ;<br>MICHAEL NERI, a/k/a "Chorro";<br>EDUARDO AMEZCUA, a/k/a "E"; and<br>JORGE DELORES CRUZ, a/k/a "Jorge Dolores",<br><br>                    Defendants. | DATE: April 24, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1.      By previous order, this matter was set for status conference on April 24, 2024.

2.      By this stipulation, defendants now move to continue the status conference until August 28, 2024, and to exclude time between April 24, 2024, and August 28, 2024, under Local Code T4.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes thousands of pages of investigative reports, photographs, several large cell phone extractions, video evidence (including body-worn camera), thousands of pages of social media content, and hundreds of hours of recorded, intercepted communications.  All this discovery has been either produced directly to counsel and/or made available for inspection and copying. Supplemental discovery has also been produced on multiple occasions.

b)      Counsel for defendants desire additional time to conduct independent investigation, review the voluminous discovery, consult with his/her client, conduct research, explore a pretrial resolution of the case, and otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 24, 2024 to August 28, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv) [Local Code T4] because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section and it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial..

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1   must commence.

2          IT IS SO STIPULATED.

3

4    Dated:  April 11, 2024                    PHILLIP A. TALBERT
                                               United States Attorney

5

6                                              /s/ ANTONIO J. PATACA
                                               ANTONIO J. PATACA
                                               Assistant United States Attorney

7

8    Dated:  April 11, 2024                    /s/ MARC DAYS
                                               MARC DAYS
9                                              Counsel for Defendant
                                               Victor Zermeno
10

11
     Dated:  April 11, 2024                    /s/ PETER JONES
12                                             PETER JONES
                                               Counsel for Defendant
13                                             Miguel Barragan

14

15   Dated:  April 11, 2024                    /s/ ANTHONY P. CAPOZZI
                                               ANTHONY P. CAPOZZI
16                                             Counsel for Defendant
                                               Ezequiel Guzman
17

18

19   Dated:  April 11, 2024                    /s/ MARIO TAFUR
                                               MARIO TAFUR
20                                             Counsel for Defendant
                                               Jonathan Maldonado
21

22
     Dated:  April 11, 2024                    /s/ ROGER D. WILSON
23                                             ROGER D. WILSON
                                               Counsel for Defendant
24                                             Matthew Mendez

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                    3
PERIODS UNDER SPEEDY TRIAL ACT

Dated:  April 11, 2024                           /s/ ERIC H. SCHWEITZER
                                                 ERIC H. SCHWEITZER
                                                 Counsel for Defendant
                                                 Francisco Diaz


Dated:  April 11, 2024                           /s/ VICTOR M. CHAVEZ
                                                 VICTOR M. CHAVEZ
                                                 Counsel for Defendant
                                                 Francisco Ferman


Dated:  April 11, 2024                           /s/ STEVEN CRAWFORD
                                                 STEVEN CRAWFORD
                                                 Counsel for Defendant
                                                 Ivan Hernandez


Dated:  April 11, 2024                           /s/ DANIEL L. HARRALSON
                                                 DANIEL L. HARRALSON
                                                 Counsel for Defendant
                                                 Michael Neri


Dated:  April 11, 2024                           /s/ MELISSA BALOIAN
                                                 MELISSA BALOIAN
                                                 Counsel for Defendant
                                                 Eduardo Amezcua


Dated:  April 11, 2024                           /s/ CHRISTINA CORCORAN
                                                 CHRISTINA CORCORAN
                                                 Counsel for Defendant
                                                 Jorge Delores Cruz


Dated:  April 11, 2024                           /s/ W. SCOTT QUINLAN
                                                 W. SCOTT QUINLAN
                                                 Counsel for Defendant
                                                 Joey Magadan

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4

**ORDER**

IT IS SO ORDERED that the status conference is continued from April 24, 2024, to **August 28, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.


Dated:   __**April 18, 2024**__              ____/s/ *Barbara A. McAuliffe*____
                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

5