```
PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>VICTOR JAVIER ZERMENO, a/k/a "Moreno," a/k/a "Negro";<br>MIGUEL BARRAGAN, a/k/a "Mikey," a/k/a "Mikey Banger," a/k/a "MB";<br>EZEQUIEL GUZMAN, a/k/a "Cheque";<br>JOEY MAGADAN;<br>JONATHAN MALDONADO, a/k/a "Sirjohn";<br>MATTHEW PETE MENDEZ, a/k/a "Mateo";<br>FRANCISCO SALINAS DIAZ, a/k/a "Kid," a/k/a "Kip";<br>FRANCISCO FERMAN;<br>IVAN ALEJANDRO HERNANDEZ;<br>MICHAEL NERI, a/k/a "Chorro";<br>EDUARDO AMEZCUA, a/k/a "E"; and<br>JORGE DELORES CRUZ, a/k/a "Jorge Dolores",<br><br>       Defendants. | CASE NO. 1:23-CR-00115-NODJ-BAM<br><br>STIPULATION SCHEUDLING ARRAIGNMENT, CONTINUING STATUS CONFERENCE, AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 28, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. By previous order, this matter was set for status conference on August 28, 2024.

2. By this stipulation, defendants now move to continue the status conference until December 11, 2024, and to exclude time between August 28, 2024, and December 11, 2024, under

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes thousands of pages of investigative reports, photographs, several large cell phone extractions, video evidence (including body-worn camera), thousands of pages of social media content, and hundreds of hours of recorded, intercepted communications. All this discovery has been either produced directly to counsel and/or made available for inspection and copying. Supplemental discovery has also been produced on multiple occasions.

   b) Counsel for defendants desire additional time to conduct independent investigation, review the voluminous discovery, consult with his/her client, conduct research, explore a pretrial resolution of the case, and otherwise prepare for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 28, 2024 to December 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv) [Local Code T4] because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section and it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial..

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 16, 2024   PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  August 16, 2024   /s/ MARC DAYS
MARC DAYS
Counsel for Defendant
Victor Zermeno

Dated:  August 16, 2024   /s/ PETER JONES
PETER JONES
Counsel for Defendant
Miguel Barragan

Dated:  August 16, 2024   /s/ ANTHONY P. CAPOZZI
ANTHONY P. CAPOZZI
Counsel for Defendant
Ezequiel Guzman

Dated:  August 16, 2024   /s/ MARIO TAFUR
MARIO TAFUR
Counsel for Defendant
Jonathan Maldonado

Dated:  August 16, 2024   /s/ ROGER D. WILSON
ROGER D. WILSON
Counsel for Defendant
Matthew Mendez

Dated:  August 16, 2024                         /s/ ERIC H. SCHWEITZER
                                                ERIC H. SCHWEITZER
                                                Counsel for Defendant
                                                Francisco Diaz

Dated:  August 16, 2024                         /s/ VICTOR M. CHAVEZ
                                                VICTOR M. CHAVEZ
                                                Counsel for Defendant
                                                Francisco Ferman

Dated:  August 16, 2024                         /s/ STEVEN CRAWFORD
                                                STEVEN CRAWFORD
                                                Counsel for Defendant
                                                Ivan Hernandez

Dated:  August 16, 2024                         /s/ DANIEL L. HARRALSON
                                                DANIEL L. HARRALSON
                                                Counsel for Defendant
                                                Michael Neri

Dated:  August 16, 2024                         /s/ MELISSA BALOIAN
                                                MELISSA BALOIAN
                                                Counsel for Defendant
                                                Eduardo Amezcua

Dated:  August 16, 2024                         /s/ CHRISTINA CORCORAN
                                                CHRISTINA CORCORAN
                                                Counsel for Defendant
                                                Jorge Delores Cruz

Dated:  August 16, 2024                         /s/ W. SCOTT QUINLAN
                                                W. SCOTT QUINLAN
                                                Counsel for Defendant
                                                Joey Magadan

**ORDER**

IT IS SO ORDERED that the status conference is continued from August 28, 2024, to **December 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **August 20, 2024**               /s/ Barbara A. McAuliffe
                                                                        UNITED STATES MAGISTRATE JUDGE