MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>EDUARDO AMEZCUA,<br><br>                    Defendant. | CASE NO. 1:23-CR-00115-NODJ-BAM<br><br>STIPULATION VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING; AND ORDER |

**STIPULATION**

1.      By previous order, this matter was set for status conference on May 28, 2025.

2.      By this stipulation, defendant now moves to vacate the status conference and set a change of plea hearing on February 24, 2025.

3.      No exclusion of time is required as time was previously excluded up to and including May 28, 2025.

IT IS SO STIPULATED.

Dated: January 31, 2025                                    MICHELE BECKWITH
                                                                              Acting United States Attorney


                                                                              /s/ ANTONIO J. PATACA
                                                                              ANTONIO J. PATACA
                                                                              Assistant United States Attorney

STIPULATION VACATING STATUS
CONFERENCE AND SETTING CHANGE OF PLEA

1

Dated:  January 31, 2025                            /s/ MELISSA BALOIAN
                                                         MELISSA BALOIAN
                                                         Counsel for Defendant
                                                         Eduardo Amezcua

## **ORDER**

IT IS SO ORDERED that the status conference set for May 28, 2025, as to this defendant, is vacated. A change of plea hearing is set for **February 24, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time was previously excluded up to and including May 28, 2025.

IT IS SO ORDERED.

Dated:   **January 31, 2025**                            /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE